NUMBER
13-10-00544-CR

 

                                  COURT
OF APPEALS

 

                      THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________

 

JEFFREY
ALAN KOLAR A/K/A JEFFERY ALAN KOLAR,         Appellant,

 

                                                             v.

 

THE
STATE OF TEXAS,                                                                  Appellee.

____________________________________________________________

 

                            On
Appeal from the 252nd District Court

                                      of
Jefferson County, Texas.

____________________________________________________________

 

                                       MEMORANDUM
OPINION

 

                            Before
Justices Garza, Vela, and Perkes 

                                 Memorandum
Opinion Per Curiam

 








Appellant,
Jeffrey Alan Kolar a/k/a Jeffery Alan Kolar, by and through his attorney, has
filed a motion to dismiss his appeal because he no longer desires to prosecute
it.  See Tex. R. App. P.
42.2(a).  Without passing on the merits of the case, we grant the motion to
dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the
appeal.  Having dismissed the appeal at appellant's request, no motion for
rehearing will 




 

be entertained,
and our mandate will issue forthwith.

PER
CURIAM

 

Do not publish. 

See Tex. R. App. P.
47.2(b).  

Delivered and filed the

19th day of May, 2011.